## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| YARDBIRDS GREENHOUSES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 2:24-cv-00016-JSD |
| v. ) | |
| ) | |
| YARDBIRDS, L.L.C., et al. ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

On this date, the Court held a conference regarding the parties' Joint Memorandum of Unresolved Discovery Issues (ECF No. 54). The parties agreed that Defendants/Counterclaim Plaintiffs Yardbirds, L.L.C., *et al.*'s discovery responses were overdue and that a new Case Management Order was necessary.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants/Counterclaim Plaintiffs Yardbirds, L.L.C., *et al.* should provide their answers, without objections, to all of Plaintiff/Counterclaim Defendant Yardbirds Greenhouses LLC's outstanding discovery no later than **July 17, 2025**.

**IT IS FURTHER ORDERED** that the parties shall submit a joint proposed amended case management order for the Court's review no later than **July 17, 2025**.

Dated this 10th day of July, 2025.

**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**